# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ALAN KANE** | : | **NO. 24-14-2** |

**WHEREFORE**, this 23rd day of December, 2024, it is hereby ORDERED that

Defendant's Motion to Continue Sentencing is GRANTED. The Sentencing will now take place on April 10, 2025 at 2:00 p.m. in Courtroom 3A.

**BY THE COURT:**

/s/ Michael M. Baylson
**HONORABLE MICHAEL M. BAYLSON**