# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ALAN KANE** | : | **NO. 24-14-2** |

## ORDER TO SEAL

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Defendant's Sentencing Memorandum and accompanying exhibits are SEALED until further order of this Court.

**BY THE COURT:**

_____
**HONORABLE MICHAEL M. BAYLSON**

PAUL J. HETZNECKER, ESQUIRE
Attorney I.D. No. 49990
1420 Walnut Street, Suite 911
Philadelphia, PA   19102
215 893-9640                                                          Attorney for Defendant, Alan Kane

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| ALAN KANE | : | NO. 24-14-2 |

### MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS

**TO THE HONORABLE MICHAEL M. BAYLSON, JUDGE, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA**

Alan Kane, by and through his attorney Paul J. Hetznecker, Esquire, files this Motion to Seal Defendant's Sentencing Memorandum and Exhibits and submits the following in support thereof:

1. Counsel for Defendant Alan Kane requests that Defendant's Sentencing Memorandum along with Exhibits A, B, and C be filed under seal due to sensitive information contained within these documents.

2. Counsel respectfully requests that Your Honor grant the attached Order sealing this Motion.

Respectfully submitted,

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Alan Kane

Date:   April 28, 2025

- 3 -

## CERTIFICATE OF SERVICE

I, Paul J. Hetznecker, hereby certify that a true and correct copy of Defendant's Motion to File Under Seal was served on the following via ecf:

Mark Dubnoff, Esquire
Assistant United States Attorney
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

Hannah J. McCollum, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19017

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Alan Kane

Date:   April 28, 2025