IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v | : | |
| **ALAN KANE #96332-510** | : | **NO.: 24-14-2** |

## ORDER TO SURRENDER

**AND NOW**, this 28th day of April, 2025, the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

**IT IS ORDERED** that the execution of prison sentence is suspended until _May 28, 2025_, at which time defendant is directed to report to to the institution designated by the Bureau of Prisons no later than 2:00 p.m. to commence service said sentence.

_____
MICHAEL M. BAYLSON, J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____        _____
Attorney - Witness                                                  Alan Kane, Defendant

Cr 28 (5/21)